**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERICA FEBRIANTI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK MTA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-2712 (UNA) |

**<u>MEMORANDUM OPINION</u>**

This matter is before the Court on review of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). Plaintiff, then homeless in New York City, alleges that unidentified employees and police officers of the Metropolitan Transportation Authority ("MTA") denied her transit services because of her religion and race on unspecified dates between April 29, 2026, and June 29, 2026. *See generally* Compl. (ECF No. 1). The Court understands the complaint as one against individuals, not the State of New York or MTA, and the case proceeds no further.

The local rules of this Court require that a plaintiff proceeding "*pro se in forma pauperis* must provide in the [complaint's] caption the name and full residence address or official address of each party." LCvR 5.1(c)(1). Plaintiff does not provide defendants' names, without which service of process cannot be had. Even if defendants could be served with process, it is highly unlikely that this Court has personal jurisdiction over them, *see* D.C. Code §§ 13-422, -423, and that venue in the District of Columbia is proper, *see* 28 U.S.C. § 1391(b) (designating proper venue as the location where defendants are or where a substantial part of the events giving rise to the claim occurred).

The Court GRANTS plaintiff's application for leave to proceed *in forma pauperis* and for DISMISSES the complaint without prejudice and with leave to amend. An Order is issued separately.

2026.10.28
09:44:42 -04'00'

DATE: October 28, 2026

TREVOR N. McFADDEN
United States District Judge